UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LISA D. GARRETT,  )<br>    Plaintiff, )<br>              )<br>v.            )<br>              )<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security,      )<br>    Defendant. )  | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:15-CV-199-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 27] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 21] is DENIED, defendant's motion for judgment on the pleadings [D.E. 23] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on September 1, 2016, and Copies To:**

| | |
|---|---|
| Brian M. Ricci | (via CM/ECF Notice of Electronic Filing) |
| Cassia W. Parson | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>September 1, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br> Deputy Clerk |